In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00405-CV
_____

**DAVID D. MYERS JR., Appellant**

**V.**

**JUDITH ANN MYERS, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 16-12-14673-CV**

**MEMORANDUM OPINION**

David D. Myers Jr. appeals from a judgment signed July 24, 2018. On November 28, 2018, we notified the parties that the appeal would be dismissed for want of prosecution unless the appellant remitted the filing fee for the appeal. By separate letter on November 26, 2018, we notified the parties that the clerk's record had not been filed due to the appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned the

appellant that his appeal would be dismissed for want of prosecution unless he established that he paid the fee or needed additional time to do so. None of the parties filed a response. Accordingly, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); see also Tex. R. App. P. 42.3(b), (c).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 23, 2019
Opinion Delivered January 24, 2019

Before McKeithen, C.J., Kreger, and Horton, JJ.

2